David H. Krieger, Esq.
NV Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 130
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
dkrieger@hainesandkrieger.com

Danny J. Horen, Esq.
NV Bar No. 13153
Kazerouni Law Group, APC
7854 W. Sahara Avenue
Las Vegas, NV 89117
Telephone: (800) 400-6808x7
Facsimile: (800) 520-5523
danny@kazlg.com

*Attorneys for Plaintiff,*
Elizabeth McCain

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| **ELIZABETH MCCAIN,**<br><br>Plaintiff,<br><br>v.<br><br>**SPECIALIZED LOAN SERVICING, LLC, and EQUIFAX INFORMATION SERVICES, LLC.**<br><br>Defendants. | **Case No.:** 2:14-cv-02022-JAD-PAL<br><br><br>**NOTICE OF SETTLEMENT** |

**NOTICE IS HERBY GIVEN** that the dispute between Plaintiff ELIZABETH MCCAIN ("Plaintiff") and Defendant EQUIFAX INFORMATION SERVICES, LLC ("EQUIFAX") has been resolved on an individual basis. The parties anticipate filing a Motion for Dismissal of the Action as to the named Plaintiff's claims against EQUIFAX, with Prejudice, within 60 days. Plaintiff requests that all pending dates and filing requirements as to Plaintiff and EQUIFAX be

vacated and that the Court set a deadline on or after March 30, 2015 for filing a Dismissal of

EQUIFAX.

Dated: January 29, 2015                                        RESPECTFULLY SUBMITTED,

                                                    By:  /s/ Danny J. Horen_____
                                                          DANNY J. HOREN, ESQ.
                                                          ATTORNEY FOR PLAINTIFFS


        IT IS ORDERED that the parties shall have until March 30, 2015, to file a
stipulation for dismissal or a joint status report indicating when the stipulation will be
filed.

        DATED this 2nd day of February, 2015.

                                          Peggy A. Leen
                                          United States Magistrate Judge