David H. Krieger, Esq.
NV Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 130
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
dkrieger@hainesandkrieger.com

Danny J. Horen, Esq.
NV Bar No. 13153
Kazerouni Law Group, APC
7854 W. Sahara Avenue
Las Vegas, NV 89117
Telephone: (800) 400-6808x7
Facsimile: (800) 520-5523
danny@kazlg.com

*Attorneys for Plaintiff,*
Elizabeth McCain

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| **ELIZABETH MCCAIN,**<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>**SPECIALIZED LOAN SERVICING, LLC, and EQUIFAX INFORMATION SERVICES, LLC.**<br><br>　　　　Defendants. | **Case No.:** 2:14-cv-02022-JAD-PAL<br><br>ORDER REGARDING SETTLEMENT BETWEEN PLAINTIFF AND EQUIFAX INFORMATION SERVICES, LLC. |

　　The dispute between Plaintiff ELIZABETH MCCAIN ("Plaintiff") and Defendant EQUIFAX INFORMATION SERVICES, LLC ("EQUIFAX") has been resolved on an individual basis. The parties have engaged in settlement discussions and are currently finalizing the terms of settlement. The settlement agreement is currently circulating for signature, whereupon once a fully executed agreement is obtained, Plaintiff will dismiss her claims against EQUIFAX, with

Prejudice. Plaintiff requests that all pending dates and filing requirements as to Plaintiff and EQUIFAX continue to be vacated and that the Court set a deadline on or after April 29, 2015 for filing a status report or Dismissal of EQUIFAX.

Dated: March 30, 2015             RESPECTFULLY SUBMITTED,

By: /s/ Danny J. Horen
DANNY J. HOREN, ESQ.
ATTORNEY FOR PLAINTIFFS

ORDER

The court has reviewed the parties' representation in the Status Report re: Settlement Between Plaintiff and Equifax Information Services, LLC (Dkt. #14).

Accordingly,

IT IS ORDERED:

1. All pending dates and filing requirements as to Plaintiff and Defendant Equifax Information Services, LLC are VACATED.

2. The parties shall file a stipulation to dismiss Defendant Equifax Information Services, LLC on or before April 29, 2015.

Dated this 2nd day of April, 2015.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE